1

2

3

4

5

6

7

8

9                     UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11

12                                    )
    UNITED STATES OF AMERICA,         )
13                                    )       No. C07-4562 BZ
                Plaintiff,            )
14                                    )
         v.                           )       **ORDER ESTABLISHING CASE**
15                                    )       **MANAGEMENT PROCEDURES IN**
                                      )       **STUDENT LOAN CASES**
16  EMMANUEL T. SEGMAN,               )
                                      )
17              Defendant.            )
    ──────────────────────────────────)

18

19        Pursuant to General Order 44, this matter has been

20   assigned to Magistrate Judge Bernard Zimmerman for trial.  All

21   filings shall include the initials "BZ" after the case number.

22        The Northern District of California Local Rules of

23   Practice in Civil Proceedings (revised November 2000) apply to

24   this case.  A copy of these rules may be obtained in the

25   District Court Clerk's Office or through the mail by directing

26   a letter of request and a self-addressed stamped enveloped

27   (with $3.00 postage) to the Clerk's office, 450 Golden Gate

28   Avenue, P.O. Box 36060, San Francisco, California, 94102.

                                    1

1  They are also posted on our website at:

2  **http://www.cand.uscourts.gov.**

3  In addition, the parties are **ORDERED** to follow the procedures

4  set forth below:

5  1.  Within **thirty days** of the date of this order, the

6  parties shall return to the Clerk of Court the enclosed form,

7  either consenting to my jurisdiction pursuant to 28 U.S.C. §

8  636(c), or requesting reassignment to a District Judge.

9  2.  Within **twenty days** of the date of this order,

10 Plaintiff shall mail to Defendant an accounting and a copy of

11 any documents supporting Plaintiff's claims.  Plaintiff shall

12 concurrently file with the Court said accounting (without

13 documents) and proof of service of the accounting.

14 3.  Within **forty days** of the date of this order,

15 defendant shall mail to plaintiff a copy of any documents

16 which defendant claims prove payment of all or part of the

17 loan or otherwise excuse defendant's failure to pay the loan.

18 4.  Within **sixty days** of the date of this order the

19 parties shall meet in person or by telephone to discuss the

20 documents they have exchanged and possible settlement of this

21 dispute.

22 5.  Within **two weeks** after the meeting each party shall

23 file and serve a letter informing the Court of the status of

24 the case.  The letter shall include the following:

25 (1)  A brief description of the events underlying the

26 lawsuit;

27 (2)  What discovery the party intends to take, including,

28 but not limited to, the identity of all persons the party

1    intends to depose.

2        (3)  A suggested trial date and an estimate of the length

3    of trial.

4        Thereafter, the Court will schedule a case management

5    conference to discuss the status of the case and develop a

6    trial schedule.

7    Dated: August 27, 2008

8                                    Bernard Zimmerman

9                          United States Magistrate Judge

10

11

    G:\BZALL\-BZCASES\USA V. SEGMAN\STULOAN.ORD.wpd

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    3