1  MICHAEL COSENTINO SBN 83253
   ATTORNEY AT LAW
2  PO BOX 129
   ALAMEDA, CA 94501
3  TELEPHONE: 510-523-4702

4  ATTORNEY FOR PLAINTIFF,
   UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. C 07 4562 BZ |
| Plaintiff, | |
| v. | |
| EMMANUEL T. SEGMEN, | |
| Defendant. | |

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: AUGUST 27, 2008

S/S
_____
MICHAEL COSENTINO
Counsel for: UNITED STATES