1  **MICHAEL COSENTINO, SBN 83253**
   **Attorney at Law**
2  **P.O. Box 129**
   **Alameda, CA 94501**
3
   **Telephone: (510) 523-4702**
4
   Attorney for the Plaintiff
5  United States of America

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10
    UNITED STATES OF AMERICA,           )    Case No. C 07 4562 SLM (BZ)
11                                      )
                          Plaintiff,    )    **STATUS REPORT**
12         v.                           )
                                        )
13                                      )
    EMMANUEL T. L. SEGMEN,              )
14                                      )
                          Defendant.    )
15  _____)

16         This is a status report in the above entitled matter.

17         The parties have had meaningful settlement discussions which they believe will lead

18  to complete resolution of the matter.

19         Accordingly, the parties request that the court allow 45 days (to December 12, 2008)

20  for continued settlement discussions with the belief that the case will be settled by then.

21  If the case is not settled, the parties will file another status report by no later than

22  December 12, 2008, and expect the matter to then be set for CMC.

23  Respectfully submitted,

24  October 28, 2008.                              _____/s/_____
                                                   Michael Cosentino, Counsel for plaintiff
25

26                          IT IS SO ORDERED

27                          [signature]
                            Judge Bernard Zimmerman
28