UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff(s), | ) | No.  C07-4562 BZ |
| v. | ) | **ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE** |
| EMMANUEL T. SEGMEN, | ) | |
| Defendant(s). | ) | |

    Following a Case Management Conference held between the parties on January 26, 2009, it is **HEREBY ORDERED AS FOLLOWS:**

    In the event that the parties are unable to reach a settlement, a further Case Management Conference is scheduled for **Monday, March 2, 2009 at 4:00 p.m.**  Counsel are granted leave to appear by telephone and shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.

Dated: January 27, 2009

                                       Bernard Zimmerman
                                 United States Magistrate Judge

G:\BZALL\-BZCASES\USA V. SEGMEN\ORDER SETTING FURTHER CMC.wpd

1