1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff(s), | ) | No.  C07-4562 BZ |
| v. | ) | **SCHEDULING ORDER** |
| EMMANUEL T. SEGMEN, | ) | |
| Defendant(s). | ) | |

Following a status conference on Monday, March 2, 2009, at 4:00 p.m, **IT IS HEREBY ORDERED** that plaintiff shall file its motion for summary judgment no later than **April 10, 2009**. Defendant shall file an opposition no later than **April 27, 2009**.  Any reply shall be filed no later than **May 4, 2009.** A hearing is scheduled for **Wednesday, June 3, 2009 at 10:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

If the case survives summary judgment, the Court will
///
///
///

1

issue an order scheduling trial and pretrial matters, with trial to commence on **August 13, 2009**.

Dated: March 3, 2009

                                           /s/ Bernard Zimmerman
                                             Bernard Zimmerman
                               United States Magistrate Judge

G:\BZALL\-BZCASES\USA V. SEGMAN\SCHEDULING ORDER ON MSJ.wpd