**MICHAEL COSENTINO, SBN 83253**
Attorney at Law
P.O. Box 129
Alameda, CA 94501

**Telephone: (510) 523-4702**

Attorney for the Plaintiff
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>            Plaintiff, ) <br>   v.               ) <br> ) <br> EMMANUEL T. L. SEGMEN,    ) <br> ) <br>            Defendant. ) <br> _____) | Case No. C 07 4562 SLM (BZ) <br><br> **ORDER VACATING TRIAL AND SETTING STATUS CONFERENCE** |

**ORDER VACATING TRIAL AND SETTING STATUS CONFERENCE**

      The request of the above entitled plaintiff for entry of an order vacating the August 13, 2009, trial date in the above entitled matter and for entry of an order setting a status conference in the matter having been considered, the matter having been submitted and good cause therefor,

      THE COURT ORDERS THAT the trial date of August 13, 2009, in this matter be and hereby is vacated.

      THE COURT FURTHER ORDERS THAT a status conference be set in this matter. A status conference is scheduled for Monday, August 17 at 4 p.m.

Dated: July 15, 2009

                                        _____
                                         Bernard Zimmerman, Magistrate Judge
                                            United States District Court

Having received no opposition, the motion is GRANTED.