**MICHAEL COSENTINO, SBN 83253**
**Attorney at Law**
**P.O. Box 129**
**Alameda, CA 94501**

**Telephone: (510) 523-4702**

Attorney for the Plaintiff
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  v.<br><br>EMMANUEL T. L. SEGMEN,<br><br>                Defendant. | Case No. C 07 4562 SLM (JCS)<br><br>**STIPULATION FOR ORDER CONTINUING CMC AND ORDER THEREON** |

    IT IS HEREBY STIPULATED by and between the Plaintiff, UNITED STATES OF AMERICA (Plaintiff, hereafter), and Defendant, EMMANUEL T. L. SEGMEN (Defendant, hereafter), through their attorneys of record, that the Case Management Conference set for September 21, 2009, at 4 PM be continued to October 12, 2009, at 4 PM, for the reason that the parties have exchanged settlement offers and seem to be whittling the offers down to a final settlement.

    **SO STIPULATED**.

DATED: September 18, 2009      _____/s/_____
                                                 Michael Cosentino, attorney for plaintiff

DATED: September 18, 2009      _____/s/_____
                                                 Baron J. Drexel, attorney for defendant

    **IT IS SO ORDERED**. The case management conference is continued to Oct. 19, 2009 at 4:00 p.m.

DATED:  Sept. 21, 2009                    _____
                                             Bernard Zimmerman, Magistrate Judge
                                             United States District Court