MICHAEL COSENTINO, SBN 83253
Attorney at Law
P.O. Box 129
Alameda, CA 94501

Telephone: (510) 523-4702

Attorney for the Plaintiff
United States of America

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>EMMANUEL T. L. SEGMEN,<br><br>    Defendant. | Case No. C 07 4562 SLM BZ<br><br>**STIPULATION FOR ORDER DISMISSING CASE and ORDER THEREON** |

IT IS HEREBY STIPULATED by and between the Plaintiff, UNITED STATES OF AMERICA (Plaintiff, hereafter), and Defendant, EMMANUEL T. L. SEGMEN (Defendant, hereafter), through their attorneys of record, that the above entitled case be dismissed with prejudice.

**SO STIPULATED.**

DATED:

_____
Michael Cosentino, attorney for plaintiff

DATED: 10/6/09

_____
Baron J. Drexel, attorney for defendant

**IT IS SO ORDERED.**

DATED: October 19, 2009

_____
Bernard Zimmerman, Magistrate Judge
United States District Court